# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAYMOND PELZER,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| v. | : | NO. 07-38 |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| **Defendants** | : | |

## O R D E R

**STENGEL, J.**

**AND NOW**, this 31st day of August, 2009, upon consideration of the defendants' motion for summary judgment (Document #38), it is hereby ORDERED that the motion is GRANTED IN PART and DENIED IN PART as follows:

1. With respect to the Section 1983 claims against Officer Burton, Commissioner Johnson, and the City, the motion is DENIED;

2. With respect to the failure to train claims against Commissioner Johnson and the City of Philadelphia, the motion is DENIED;

3. With respect to the state law claims against Officer Burton, the motion is DENIED;

4. With respect to the state law claims against Commissioner Johnson and the City, the motion is GRANTED.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.