# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESLIE C. PELZER | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 07-CV-0038 |
| Defendants. | : | |

## **ORDER**

AND NOW, this 10th day of January, 2011, upon consideration of Defendant Marvin Burton's motion for a new trial and Plaintiff's response thereto, it is hereby ORDERED that the motion is DENIED for the reasons set forth in the foregoing Memorandum Opinion.

                                            BY THE COURT:

                                            /s/ Timothy R. Rice
                                            TIMOTHY R. RICE
                                            U.S. MAGISTRATE JUDGE