IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESLIE C. PELZER | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 07-CV-0038 |
| Defendants. | : | |

## ORDER

AND NOW, this 17th day of February, 2011, upon consideration of Plaintiff's Motion for Attorney's Fees and Bill of Costs, as well as Defendants' responses thereto, it is hereby ORDERED that the Motion for Attorney's Fees and the Bill of Costs are GRANTED in part, for the reasons set forth in the foregoing Memorandum Opinion. Defendant Marvin Burton is hereby ORDERED to pay Plaintiff $176,970.00 in attorney's fees and $15,580.26 in costs.

BY THE COURT:

 /s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE